UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

04-12015 PBS

DANA NICHOLS,
    Plaintiff,

vs.

GENESIS ELDERCARE
MANAGEMENT SERVICES, INC.,
    Defendant

Civil Action No.

### NOTICE OF APPEARANCE

Please enter the appearance of Scott A. Roberts as counsel for defendant Genesis Eldercare Management Services, Inc.

GENESIS ELDERCARE MANAGEMENT
SERVICES, INC.
By its attorney,

_____
Scott A. Roberts, BBO #550732
Sullivan Weinstein & McQuay, P.C.
Two Park Plaza, Suite 610
Boston, MA 02116-3902
617-348-4300

Dated: September 17, 2004

### CERTIFICATE OF SERVICE

I, Scott A. Roberts, hereby certify that a copy of the foregoing document was served by mailing same, postage prepaid, first class mail to Renee C. Aste, Esq., Law Offices of Robert J. Carnvale, PC, 700 Chelmsford Street, Lowell, MA 10851 on September 17, 2004.

_____
Scott A. Roberts