UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Dana Nichols,<br>Plaintiff<br><br>Vs.<br><br>Genesis Eldercare<br>Management Services, Inc<br>Defendant | CIVIL ACTION:<br>04-12015 PBS |

## NOTICE OF APPEARANCE

To the Clerk and Justices of the above-mentioned court, please enter my appearance on behalf of the accused.

Respectfully submitted by,

*[signature]*

Robert J. Carnevale, Esquire
Robert J. Carnevale, PC
700 Chelmsford St.
Lowell, MA 01851
978-458-4831
BBO: 074660

Date: 9/21/04

### CERTIFICATE OF SERVICE

I, Robert J. Carnevale, hereby certify that a copy of the foregoing document was served by mailing the same, postage prepaid, first class mail to Scott A. Roberts, Esq., Sullivan, Weinstein, & McQuay Two Park Plaza Suite 610 Boston MA 02116 on September 21, 2004

*[signature]*
Robert J. Carnevale