UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Dana Nichols
        Plaintiff(s),                CIVIL ACTION
                                        NO.   04-12015-PBS

    v.

Genesis Eldercare Management
 Services, Inc.
        Defendant(s).


**NOTICE OF RESCHEDULED SCHEDULING CONFERENCE**

SARIS, U.S.D.J.                                                             October 26, 2004

     The Scheduling Conference  previously scheduled for November 4, 2004, has been **rescheduled** to **November 10, 2004, at 3:30 p.m.**


                                                                    By the Court,


                                                                     /s/ Robert C. Alba
                                                                    Deputy Clerk


Copies to:  All Counsel


resched.ntc