UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Dana Nichols

        Plaintiff,                      CIVIL ACTION
                                           NO.  04-12015-PBS

    v.

Genesis Eldercare Management Services, Inc.
        Defendant.


**NOTICE OF RESCHEDULED SCHEDULING CONFERENCE**


SARIS, U.S.D.J.                                                                          October 26, 2004


     At the request of counsel, the Scheduling Conference previously rescheduled to November 10, 2004, has been further **rescheduled** to **November 19, 2004, at 4:00 p.m.**


                                                                                  By the Court,


                                                                    ./s/ Robert C. Alba
                                                                    Deputy Clerk


Copies to:  All Counsel


resched.ntc

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Dana Nichols

          Plaintiff,                        CIVIL ACTION
                                                      NO.   04-12015-PBS

    v.

Genesis Eldercare Management Services, Inc.
          Defendant.


**NOTICE OF RESCHEDULED SCHEDULING CONFERENCE**

SARIS, U.S.D.J.                                                                  October 26, 2004

     At the request of counsel, the Scheduling Conference previously rescheduled to November 10, 2004, has been further **rescheduled** to **November 19, 2004, at 4:00 p.m.**

                                                                    By the Court,

                                                                ./s/ Robert C. Alba
                                                                Deputy Clerk


Copies to:  All Counsel


resched.ntc