UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DANA NICHOLS,
           Plaintiff,

vs.

GENESIS ELDERCARE
MANAGEMENT SERVICES, INC.,
           Defendant

Civil Action No. 04-12015-PBS

## DEFENDANT'S CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), the undersigned counsel and authorized representative of Genesis Eldercare Management Services, Inc. certify that they have conferred with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs.

_____    _____
Scott A. Roberts (BBO#550732)         Genesis Eldercare Management Service, Inc.
SULLIVAN WEINSTEIN & MCQUAY  By: Lisa C. Holahan
Two Park Plaza, Suite 610
Boston, MA 02116-3902
(617) 348-4300

Dated: November 9, 2004