UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Dana Nichols
Plaintiff,

        V.        Civil Action Number
        04-12015-PBS

Genesis Eldercare Management Services, Inc.
Defendant.    November 19, 2004

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 5/27/05

Summary Judgment Motion filing deadline: 7/1/05

Opposition to Summary Judgment Motions: 7/15/05

Hearing on Summary Judgment or Pretrial Conference: 7/28/05 at 2:00 p.m.

Case to be referred to Mediation program: March, 2005

        By the Court,

        /s/ Robert C. Alba
        Deputy Clerk