UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Dana Nichols,<br>    Plaintiff<br><br>Vs.<br><br>Genesis Eldercare<br>Management Services, Inc<br>    Defendant | CIVIL ACTION:<br>04-12015 PBS |

## CERTIFICATION OF OBILGATION TO CONFER

We, Dana Nichols and Robert J. Carnevale, hereby certify that Plaintiff's counsel conferred with Defendant's counsel, Scott Roberts regarding the issues as stated in (D)(3)(a) and (b) of Local Rule 16.1

*[signature]*
Dana Nichols

Date: November 8, 2004

*[signature]*
Robert J. Carnevale, Esquire
Law Offices of Robert J. Carnevale, PC
700 Chelmsford St.
Lowell, MA 01851
978-458-4831
BBO: 074660

Date: 11/16/04