UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DANA NICHOLS,
                Plaintiff,

vs.

GENESIS ELDERCARE
MANAGEMENT SERVICES, INC.,
                Defendant

Civil Action No. 04-12015-PBS

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the undersigned parties stipulate that all claims asserted in this action be dismissed with prejudice and without costs, and waiving all rights of appeal.

**GENESIS ELDERCARE MANAGEMENT SERVICES, INC.**
By its attorney,

/s/ Scott A. Roberts
Scott A. Roberts, BBO #550732
sroberts@swmlawyers.com
Sullivan Weinstein & McQuay, P.C.
Two Park Plaza, Suite 610
Boston, MA  02116-3902
617-348-4300

**DANA NICHOLS,**
By her attorneys,

/s/ Robert J. Carnevale (SAR)
Robert J. Carnevale, BBO#074660
Law Offices of Robert J. Carnevale, PC
700 Chelmsford Street
Lowell, MA 10851
(978) 458-4831

June 22, 2005